COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of ELIZABETH PERFETTO, Respondent, v. WILLIAM J. LANAHAN, Appellant.— Order

affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.